■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAYLEY DEGROAT, Appellant. [751 NYS2d 887] —Appeal by the defendant from an amended judgment of the County Court, Orange County (DeRosa, J.), rendered April 12, 2001, revoking a sentence of probation previously imposed by the same court (Byrne, J.), upon a finding that she had violated a condition thereof, and imposing a sentence of probation upon her previous conviction of welfare fraud in the fourth degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Santucci, J.P., Smith, Goldstein, H. Miller and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS EFFERSON, Appellant. [751 NYS2d 888] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered August 1, 2000, convicting him of rape in the first degree and sodomy in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

To the extent that the defendant's objections were preserved for appellate review, the prosecutor's challenged remarks for the most part either constituted fair response to defense counsel's summation (*see People v Phillips,* 285 AD2d 477, 478), or were cured by the court sustaining the defendant's objection and providing instruction to the jury (*see People v Burrell,* 178 AD2d 422). To the extent that any inappropriate remarks remained uncured, they were harmless in light of the overwhelming evidence of the defendant's guilt (*see People v Stith,* 291 AD2d 576; *People v Ryant,* 278 AD2d 345). Ritter, J.P., Goldstein, Crane and Mastro, JJ., concur.